**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GILBERT BAHAMUNDI,

                        Plaintiff,

        -against-                             25 **CIVIL** 411 (KMW)

                                                      **JUDGMENT**

MICHEAL CURTI; PATRICK A. MACARCHUK,

                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 5, 2025, the Court has dismissed Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      January 12, 2026

                                          **TAMMI M. HELLWIG**
                                      _____
                                         **Clerk of Court**

               **BY:**           K. mango

                                        _____
                                         **Deputy Clerk**